AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States of America

was received by me on *(date)* January 30, 2018 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to Fed. R. Civ. P. 4, I sent the summons via certified mail to Attorney General Jefferson Beauregard Sessions III at 950 Pennsylvania Ave, NW, Washington D.C. 20530-001, which was signed for by Emily Sase of the Department of Justice on February 5, 2018.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 13, 2018

*Server's signature*

Elaine Stamp
Paralegal for the
American Civil Liberties Union Foundation of the District of Columbia
*Printed name and title*

American Civil Liberties Union Foundation of the District of Columbia
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc: