AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-00202-KBJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Cullen Lynch

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons on Apr, 23, 2018 (date) on Robert Brandt, U.S. Marshals Service D/DC-S, Moultrie Court House, 500 Indiana Ave. NW, Room C-600, through whom defendant agreed to accept service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 23, 2018

Server's signature

Elaine Stamp, paralegal for the ACLU of D.C.
Printed name and title

915 15th St. NW, 2nd Floor
Washington DC 20005
Server's address

Additional information regarding attempted service, etc: